Manuel D. Serpa, Calif. Bar No. 174182
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email:  mds.esq@gmail.com

Attorney for plaintiff Jacqueline F. Cox

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE F. COX, | ) No. CV09-4343 AGR |
| | ) |
| PLAINTIFF, | ) |
| | ) ORDER AWARDING EAJA FEES |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| DEFENDANT. | ) |

_____

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
and for cause shown,

IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the
Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND
FOUR HUNDRED DOLLARS and 00/100's ($3,400.00), as authorized by 28
U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: August 3, 2010

_____
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE
Proposed Order Awarding EAJA Fees

– 1